Exhibit A to the Complaint

**Location:** Newton, MA  **IP Address:** 70.22.244.133
**Total Works Infringed:** 66  **ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 3818467D5DC9DDB317735107C4146CBB3C456751 | 12/23/2024 17:42:42 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 2 | 38da67e15c0d633dbba152781d1fcc064be2f55c | 12/13/2024 15:43:40 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 3 | 25566e88b8a4726d60414927da716507e25f4105 | 10/27/2024 20:32:50 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 4 | FADBAB57BE4E701D27B897903464DCC71C8040D4 | 10/27/2024 15:52:45 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 5 | E51FC66C36B501EE56B6415332493A94C113325C | 10/27/2024 15:51:48 | TushyRaw | 10/18/2023 | 11/14/2023 | PA0002439663 |
| 6 | f6dbb85faa9ce1276bb986ab74f70da090bb1bb5 | 10/13/2024 16:19:45 | Tushy | 11/02/2018 | 12/10/2018 | PA0002145834 |
| 7 | 22eb885679bd8730a5eb072f1ecf571682e58277 | 10/02/2024 17:54:25 | Tushy | 09/15/2024 | 10/16/2024 | PA0002494784 |
| 8 | cfdda9c7ce7f140d4fcf9482bb7add49279eccab | 09/26/2024 19:05:57 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 9 | F583EC5D69FB623ABC4CD0C491F767FBBD9331F8 | 09/16/2024 15:52:44 | Blacked Raw | 11/15/2022 | 12/11/2022 | PA0002384724 |
| 10 | f84dce97deb71401be49198e7c5e446530b70b41 | 09/04/2024 21:01:35 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 11 | c6fe7056e6ee3f420dd0330b19e6dd45b6bd3028 | 08/18/2024 17:31:35 | Blacked | 08/14/2021 | 08/23/2021 | PA0002308398 |
| 12 | c55567baec1df6db3af1f8b379ec636bed21ae53 | 08/15/2024 20:24:08 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 13 | 5d6bde20b0b98840051ecb72b953b1b2cca3622a | 08/15/2024 17:18:19 | Tushy | 09/13/2018 | 11/01/2018 | PA0002143414 |
| 14 | 0c9169bb09d38c64cbc778aaacf5f28da716b6af | 07/30/2024 17:04:37 | Blacked Raw | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 15 | b32300ea62d48a876650ec02d0a7c3386619582e | 07/23/2024 15:26:04 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 16 | 0525288faa9a1749eb7891f03da812bb0fd02e9e | 07/22/2024 19:13:25 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | fd6d0331b4352dfcaf3e8b719bd181d569035ebc | 07/19/2024 20:22:18 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 18 | 1d4d938a1f4c9d8b48e3aea5fc8820e42a844548 | 07/10/2024 21:11:08 | Blacked | 07/16/2022 | 07/22/2022 | PA0002359474 |
| 19 | 85e641482bb2a80833644ca12e4cd5ec082a3f3d | 07/10/2024 18:22:32 | Slayed | 01/18/2022 | 02/03/2022 | PA0002341748 |
| 20 | fcde53f2193dfcf1e184711daea9f8724fc10531 | 07/05/2024 19:08:40 | Blacked Raw | 03/30/2023 | 04/07/2023 | PA0002405733 |
| 21 | 18163E1F32226D05A79E9FEB901762436B627C67 | 06/25/2024 14:38:33 | Milfy | 05/22/2024 | 06/20/2024 | PA0002477021 |
| 22 | 3be5d17cda84af7024dffc2813e60a10fa26fde5 | 06/12/2024 18:43:52 | Tushy | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 23 | 182A2190AE0339705A6191D53FD7E59AB4D1CCAB | 06/09/2024 16:19:10 | Tushy | 01/07/2024 | 01/16/2024 | PA0002449442 |
| 24 | 4b01e916d541186e4bd9200a21ad076630917d8d | 06/05/2024 20:05:38 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 25 | 4aebb6c54fa1bad0872d6edb4b92bfd53a41dfb9 | 06/05/2024 18:50:27 | Tushy | 07/05/2019 | 08/27/2019 | PA0002213300 |
| 26 | 406092452b234f322a4f9d2829700d5332998216 | 06/05/2024 15:41:15 | Blacked | 09/07/2019 | 09/25/2019 | PA0002203158 |
| 27 | 8081cfbf21587008b29e98d680f1941c2e5ec549 | 06/04/2024 16:42:04 | Tushy | 02/21/2021 | 03/08/2021 | PA0002280370 |
| 28 | ae6ff119cf720a3271fb0dd93f405c53c6e55a0f | 05/30/2024 20:51:48 | Blacked Raw | 03/15/2023 | 04/07/2023 | PA0002405750 |
| 29 | dddffb569775faac6b1cd42281e80f5226254ba8 | 05/09/2024 21:16:43 | Blacked Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 30 | 2d7af43fdf178fd7249a623e18026668f5f74f89 | 05/09/2024 19:06:23 | Tushy | 06/18/2023 | 07/13/2023 | PA0002420350 |
| 31 | b9f6ce147dda188f5cf4b4d05832950ae382695a | 04/28/2024 22:29:22 | Milfy | 12/13/2023 | 01/16/2024 | PA0002453493 |
| 32 | a15959f09238709c559d243da15d56ab1871d3f8 | 04/01/2024 21:13:44 | Blacked Raw | 02/13/2023 | 03/06/2023 | PA0002399991 |
| 33 | 72564d79f06c192a4e6a9df76c32860dfa217b9f | 03/31/2024 21:28:58 | Tushy | 06/26/2022 | 07/22/2022 | PA0002359467 |
| 34 | c012d96e9d55bc146efb91da8ba0da7276f67f52 | 03/28/2024 20:35:13 | Tushy | 11/01/2020 | 11/18/2020 | PA0002272627 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 9048822d8dde3cd65d4abe1e0dbb704bd824b52c | 03/28/2024 15:03:54 | Blacked | 04/05/2019 | 04/29/2019 | PA0002169966 |
| 36 | f76e3bdfe0a96153f7eec9fbf7c74a113c319094 | 03/25/2024 15:37:58 | Tushy | 02/04/2024 | 02/13/2024 | PA0002454781 |
| 37 | 7022b6f2818770de78a5b4348d346a1c598ca299 | 03/23/2024 20:02:26 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 38 | 12182d22132c51683dd2ed57a4c29bff03005d82 | 03/23/2024 12:40:42 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 39 | 029037e17d39aaf717b1e3e0195519c0736050f5 | 03/16/2024 16:48:39 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |
| 40 | f102c9a4a41eeca220f4424f91b7058c1b6dac41 | 03/14/2024 17:03:25 | Blacked | 12/01/2019 | 12/17/2019 | PA0002217663 |
| 41 | ebdc0e8eede219b562f84ca837469b47a53db7c0 | 03/10/2024 19:28:44 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 42 | 451F40C40C854F26C4AA02EF57D60103962C7EE4 | 03/10/2024 15:23:55 | Blacked Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |
| 43 | 015AEC253C436CF2B491432A855AEAB8346C693B | 03/09/2024 03:02:51 | Tushy | 08/20/2023 | 09/18/2023 | PA0002430899 |
| 44 | c0a458ff8654d69f43f93ab5e4027cef5648312b | 03/07/2024 20:15:17 | Tushy | 02/11/2024 | 03/12/2024 | PA0002459333 |
| 45 | 2b53db906a90120e6bca1f1c48f7cfffa70f48d4 | 02/15/2024 13:12:38 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 46 | 68bc5f32c075998364a5209018857d9a1792a407 | 02/09/2024 16:09:55 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 47 | 319f461b47ba5cc4f7fab7f5804c984c3a7eeee9 | 02/08/2024 15:40:16 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 48 | 2567f27a666410d01724f51d2e2aa9a349ed0afd | 01/28/2024 20:24:33 | Blacked Raw | 11/25/2022 | 12/11/2022 | PA0002384771 |
| 49 | DC81B74AADEBAA5DADB3BDA90179E9C5A25F7F70 | 01/28/2024 18:52:36 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 50 | 9501e91f61c401fbaad633a95deb379c1a0dfcc4 | 01/23/2024 19:33:08 | Vixen | 07/07/2023 | 07/13/2023 | PA0002420346 |
| 51 | 3d6c2ce7caf9bf928801b95c021f5f593b6d4128 | 01/23/2024 14:58:33 | Blacked Raw | 02/15/2021 | 03/08/2021 | PA0002280367 |
| 52 | 41a9521d4822756b6d3f62ff1d413e088a3ce382 | 01/21/2024 15:51:05 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 66e841ddd72a50ff74298079b63b8046d69081ca | 01/15/2024 15:21:09 | Blacked | 07/03/2021 | 08/02/2021 | PA0002305091 |
| 54 | 4cdbb8841837d7b4ef69bd8372c22114ee5f2607 | 01/13/2024 17:10:19 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 55 | bd7f46bfb6261fa25a2deb22b19fecde27b8dd6c | 01/03/2024 20:06:32 | Tushy | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 56 | 9828E6A5D49A497C127E16A7019DC66581E647A5 | 12/14/2023 21:04:02 | Vixen | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 57 | A794EDBD79147309C2980C598D9E671C2734194F | 12/13/2023 18:30:39 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 58 | D271F7E2BCBD8514956231E310972F25CB75FA55 | 12/11/2023 16:39:56 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 59 | 0AA471B345FAE85FD3287770E5F817AA61CF83E0 | 12/11/2023 16:39:00 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 60 | b617603a289014ed22976315df95021567574059 | 11/29/2023 20:12:17 | Blacked | 03/06/2021 | PENDING | PENDING |
| 61 | 0ffac6a086c045f2d1d8183c273c556896d496ca | 11/29/2023 20:03:53 | Vixen | 08/19/2022 | 08/30/2022 | PA0002367752 |
| 62 | 66A6A66A240B3C1C99B701127F02B0668B11C1FF | 11/28/2023 19:04:48 | Tushy | 11/12/2023 | 12/12/2023 | PA0002445182 |
| 63 | 10BE0E390113C0AEE4E909D876080C5E9453F2B0 | 11/16/2023 19:00:21 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 64 | 398edfff49bedebb9d454e852e9240f08a6eea27 | 11/07/2023 21:26:54 | Blacked Raw | 08/05/2019 | 08/27/2019 | PA0002213302 |
| 65 | 6ACBF9FFF7438C1FCDFBA48442CF551B211A4390 | 11/07/2023 19:12:38 | TushyRaw | 07/26/2023 | 08/17/2023 | PA0002425530 |
| 66 | f32b67b1ad02df3673d3de8db004ccbb51092d91 | 11/06/2023 19:23:24 | Tushy | 08/19/2021 | 10/05/2021 | PA0002315293 |